This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                    **NO. 31,367**

**MARVIN ELLIS,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Neil C. Candelaria, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Francine A. Chavez, Assistant Attorney General
Albuquerque, NM

for Appellee

Marvin Ellis, Pro Se
Santa Rosa, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**FRY, Judge.**

Defendant appeals pro se from the district court's order denying Defendant's motion for an order requiring the return of currency taken at the time Defendant was arrested on multiple counts of fraud, racketeering, and embezzlement. [RP 227 (This appeal concerns four district court cases that were consolidated on April 1, 2009, citation is to the record proper in CR-07-01759)] We proposed to reverse in a notice of proposed summary disposition. The State has filed a timely notice stating that it will not file a memorandum in opposition to our notice of proposed summary disposition, and Defendant has filed a memorandum in support.

Therefore, for the reasons set forth in our notice of proposed summary disposition, we reverse the district court's order denying Defendant's motion for an order requiring the return of $1,700 in currency and Defendant's wallet which were taken from him at the time of his arrest.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

_____

**J. MILES HANISEE, Judge**